## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dorothy Soland and Daniel Soland | : | |
| | : | |
| v. | : | **CASES CONSOLIDATED** |
| | : | |
| Zoning Hearing Board of East Bradford Township | : | |
| | : | |
| v. | : | |
| | : | |
| The Board of Supervisors of East Bradford Township | : | |
| | : | |
| John Marshall and Dara Gans Marshall | : | |
| | : | |
| v. | : | |
| | : | |
| Zoning Hearing Board of East Bradford Township | : | |
| | : | |
| v. | : | |
| | : | |
| The Board of Supervisors of East Bradford Township | : | |
| | : | |
| Appeal of: John Marshall and Dara Gans Marshall | : | No. 362 C.D. 2021 |
| | : | |
| Dorothy Soland and Daniel Soland | : | |
| | : | |
| v. | : | |
| | : | |
| Zoning Hearing Board of East Bradford Township, The Board of Supervisors of East Bradford Township, John Marshall and Dara Gans Marshall | : | |

John Marshall and Dara Gans Marshall      :
                                           :
                   v.                      :
Zoning Hearing Board of East Bradford      :
Township, The Board of Supervisors of      :
East Bradford Township, Dorothy Soland :
and Daniel Soland                          :
                                           :
Appeal of: Dorothy Soland and              :
Daniel Soland                              :        No. 403 C.D. 2021


**PER CURIAM**                    **O R D E R**

NOW, May 5, 2023, having considered Designated Appellants'
application for reargument and Designated Appellee East Bradford Township Board
of Supervisor's answer and Designated Appellees Daniel and Dorothy Soland's
answer in response thereto, the application is DENIED.